**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**VADAC MANOHAR**                                                                **PLAINTIFF**

**V.**              **CASE NO. 3:18-CV-46-KGB-BD**

**CRAIGHEAD COUNTY
DETENTION CENTER**                                                           **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.**   **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. Mr. Manohar may file written objections to this Recommendation. If objections are filed, they must be specific and must include the factual or legal basis for your objection. Objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**   **Discussion**

Vadac Manohar, an inmate at the Craighead County Detention Facility, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #1) Because Mr. Manohar did not file either a complete application for leave to proceed *in forma pauperis* (IFP) or pay the statutory filing fee, the Court ordered him to do one or the other within thirty days. (#2) The Court specifically cautioned Mr. Manohar that his claims

could be dismissed, without prejudice, if he failed to satisfy the filing fee requirement. (#2) As of this date, Mr. Manohar has neither filed an IFP application nor paid the filing fee, as ordered. The time to do so has expired.

### III. Conclusion

The Court recommends that Mr. Manohar's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's March 16, 2018 Order and his failure to prosecute this lawsuit.

DATED this 17th day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE