IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VADAC MANOHAR                                                              PLAINTIFF

v.                         Case No: 3:18-cv-00046-KGB

CRAIGHEAD COUNTY
DETENTION CENTER                                        DEFENDANT

**ORDER**

      The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 3). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). Accordingly, the Court dismisses without prejudice plaintiff Vadac Manohar's complaint based upon his failure to comply with Judge Deere's March 16, 2018, Order and because of his failure to prosecute this case.

      It is so ordered, this the 11th day of February, 2019.

                                                                    Kristine G. Baker
                                                                    United States District Judge