IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VADAC MANOHAR                                                              PLAINTIFF

v.                             Case No: 3:18-cv-00046-KGB

CRAIGHEAD COUNTY
DETENTION CENTER                                                           DEFENDANT

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Vadac Manohar's complaint is dismissed without prejudice.

So adjudged this the 11th day of February, 2019.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge